No. 406, Misc. MILLER *v.* RHAY, PENITENTIARY SUPERINTENDENT. Sup Ct. Wash. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari granted. Case transferred to appellate docket. Petitioner *pro se. John J. O'Connell,* Attorney General of Washington, and *Stephen C. Way,* Assistant Attorney General, for respondent.